IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICHARD WALTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:18-CV-0785-O |
| | § | |
| KMG CHEMICALS, INC., et al, | § | |
| | § | |
| Defendant. | § | |

## NOTICE

Pursuant to Plaintiff's Notice (ECF No. 5), his claims against Defendants are dismissed with prejudice and, to the extent he brought claims on behalf of others similarly situated, those claims are dismissed without prejudice.

Signed this 16th day of November, 2018.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE